ANGELO DA CORTE, Respondent, v. EMPIRE MILLWORK CORPORATION, Defendant and Third-Party Plaintiff-Appellant. WILLIAM BALTZ et al., Doing Business as BALTZ CONSTRUCTION COMPANY, Third-Party Defendants-Respondents.—

No opinion. Appeal from order dismissed, without costs. No such order is printed in the record. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.